IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re* **Angela M. Ezell**, | ) Chapter 13 |
| | ) |
| **Debtor.** | ) Case No. 04 B 41448 |
| | ) |
| | ) Hon. Jack B. Schmetterer |
| _____ | ) |

**NOTICE OF MOTION**

To:   Patrick S. Layng
      United States Trustee
      attn: Gretchen Silver, Esq.
            Jeffrey Snell, Esq.
      219 South Dearborn Street, Room 873
      Chicago, Illinois 60604

   **PLEASE TAKE NOTICE** that on March 28, 2013, at 10:00 a.m., I shall appear before the Honorable Jack B. Schmetterer at the Dirksen Federal Building, 219 South Dearborn Street, Courtroom 682, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his place, and shall present **MOTION OF RESPONDENT TIMOTHY K. LIOU FOR FINAL EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW,** a copy of which is attached and served upon you herewith.

                                        /s/ Steven M. Shebar

                                        SHEBAR LAW FIRM
                                        738 Wesley Ave.
                                        Oak Park, Illinois 60304
                                        (708) 434-5669

                                        *Attorney for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re* **Angela M. Ezell**, | ) Chapter 13 |
| | ) |
| **Debtor.** | ) Case No. 04 B 41448 |
| | ) |
| | ) Hon. Jack B. Schmetterer |
| _____ ) | |

**MOTION OF RESPONDENT TIMOTHY K. LIOU FOR FINAL EXTENSION OF
TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Timothy K. Liou, Respondent herein ("Respondent"), through his undersigned counsel of record, hereby submits this Motion (the "Motion") for an order, *nunc pro tunc*, granting a final extension of the time by which Respondent must file his Proposed Findings of Fact and Conclusions of Law ("Respondent's Proposed Findings") to March 26, 2013.  In support of his Motion, Respondent states as follows:

1.   On the basis of counsel's request due to illness, the Court has previously extended the filing date for Respondent's Proposed Findings to March 19, 2013.  While Respondent and his counsel had hoped that either counsel would be able to complete this filing on time despite his continued illness, or that Respondent would have found substitute counsel to do so, this has not been the case.

2.   Attached hereto as Exhibit A is a letter from counsel's physician, verifying counsel's illness and recommending a two-week recovery period before returning to work.

3.   Attached hereto as Exhibit B is the Declaration of Timothy K. Liou concerning his efforts to find additional or other counsel to represent him in this matter.

4.      While Respondent has not yet been able to retain other counsel, his current counsel is committed to filing Respondent's Proposed Findings on file by Tuesday, March 26, 2013.

WHEREFORE, Respondent prays that the Court grant one final extension of time to permit Respondent, *nunc pro tunc*, to file his Proposed Findings on or before March 26, 2013; that the U.S. Trustee be permitted to file any rebuttal to the Proposed Findings on or before April 9, 2013; and that the matter be set for status on April 12, 2013, at 10:00 a.m. before this Court, or such other date as is acceptable to the Court.

Dated: March 25, 2013                                             Respectfully submitted,

/s/ Steven M. Shebar

SHEBAR LAW FIRM
738 Wesley Ave.
Oak Park, Illinois 60304
(708) 434-5669

*Attorney for Movant*

2

## CERTIFICATE OF SERVICE

    I, Steven M. Shebar, attorney for Movant, Timothy K. Liou, hereby certify that on this 25th day of March, 2013, I caused a copy of the attached **MOTION OF RESPONDENT TIMOTHY K. LIOU FOR FINAL EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** to be filed electronically pursuant to the U.S. Bankruptcy Court for the Northern District of Illinois' ECF system which, pursuant to applicable rules, constitutes personal service upon the U.S. Trustee to the extent it has made electronic filings in the matter in which said filing occurs.

Patrick S. Layng
United States Trustee
attn:  Gretchen Silver, Esq.
      Jeffrey Snell, Esq.
219 South Dearborn Street, Room 873
Chicago, Illinois 60604


                                                                       /s/ Steven M. Shebar

# EXHIBIT A

**DuPage Medical Group**
WE CARE FOR YOU

302 Randall Rd, Suite 210, Geneva, IL 60134
430 Warrenville Road, Suite 310 Lisle, IL 60532
3825 Highland Ave., Tower 2 Suite 204 Downers Grove, IL 60515
100 Spalding Dr, Suite 208, Naperville, IL 60540
25 N Winfield Rd, Suite LL01, Winfield, IL 60190
24600 W. 127th Street Building B, Suite 225, Plainfield IL 60585

p 630 717 2600    f 630 718 2656

March 22, 2013

To Whom It May Concern,

I am writing on behalf of Steven Shebar whom I treat as a patient.

He became ill the first week of March 2013 with a medical illness for which I am currently treating him. Because of the symptoms of his illness and resulting impact on his ability to work, I am writing to support his request for a two week extension as I expect he may need that period of time before he is able to work without restriction again.

Because of medical privacy laws, I am not able to disclose details of his illness to you without his permission.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Stephen Y. Chang, M.D.
DuPage Medical Group Gastroenterology
Phone: 630-717-2600
Fax: 630-456-7102

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re* **Angela M. Ezell**, | ) Chapter 13 |
| | ) |
| **Debtor.** | ) Case No. 04 B 41448 |
| | ) |
| | ) Hon. Jack B. Schmetterer |
| | ) |

## DECLARATION OF TIMOTHY K. LIOU

Timothy K. Liou, under penalty of perjury, declares as follows:

1.  I am an attorney licensed to practice before the courts of the State of Illinois. I have personal knowledge of the facts and circumstances set forth herein. If called upon to testify under oath as set forth herein, I could do so truthfully.

2.  Since the first week in March, 2013, due to the illness of my counsel in this matter, who is also my counsel in a disciplinary proceeding that is currently pending before Chief Judge Black, I have been looking for additional or substitute counsel so that my defense in these serious matters would not be prejudiced.

3.  Thus far, I have been unable to find an attorney with the proper background and experience who is available to begin immediately devoting significant time to these very serious matters. My counsel informs me that he has been receiving medical treatment and feels that he will be able to file the Proposed Findings of Fact and Conclusions of Law (the "Proposed Findings") by tomorrow, March 26, 2013, without fail, and I therefore request that the Court grant one final extension to submit the Proposed Findings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on March 25, 2013,

/s/ Timothy K. Liou